**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In RE:** | § |
| Jennifer Louise Robinson | § Case No.:  24-33060 |
| | § |
| | § Chapter:    13 |
| **Debtor(s)** | § |

## NOTICE OF DEBTOR(S)' INTENTION TO STRIP YOUR LIEN

Notice to:      **JP Morgan Chase Bank NA**

Regarding:      Your lien that is alleged to be secured by the following real property:
3111 Longhorn Circle, Manvel, TX 77578,

Priority of
the Lien
that Will      JP Morgan Chase (second mortgage)
be Stripped:

Jennifer Louise Robinson proposes a chapter 13 plan that terminates your lien secured by the property located at 3111 Longhorn Circle, Manvel, TX 77578. The proposed plan alleges that the value of the property is less than the amount owed on all liens that are senior in priority to your lien.

You must file any objection to the termination of your lien within 28 days of the date of this notice. If you fail to do so, the Bankruptcy Court may approve the plan without further notice. If you do object, you must appear at the hearing on confirmation of the proposed plan.

**The hearing is scheduled for 10/10/2024 at the United States Courthouse, located at 515 Rusk Street, Houston, Texas 77002, in Courtroom number 403.**

You are urged to review the entire plan. The provision of the plan that would terminate your lien is set forth below:

☑    4C.  The following table sets forth the treatment of certain classes of secured creditors holding a claim secured only by a security interest in real property that is the debtor(s)' principal residence. The Debtor alleges that the total amount of debt secured by liens that are senior in priority to the lien held by **JP Morgan Chase Bank NA** exceeds the total value of the principal residence. Accordingly, the claim will be paid distributions only as an unsecured claim.

Upon the debtor(s) completion of all payments set forth in this plan, the holder of the lien is required to execute a full and unequivocal release of its liens, encumbrances and security interests secured by the principal residence and to provide a copy of the release to the debtor(s)

and their counsel. Notwithstanding the foregoing, the holder of a lien that secures post-petition homeowners' association fees and assessments will be allowed to retain its lien, but only to secure (i) post-petition assessments; and (ii) other post-petition amounts, such as legal fees, if such other post-petition amounts are (x) incurred with respect to post-petition fees and assessments; and (y) approved by the Court, if incurred during the pendency of the bankruptcy case.

| Name of Holder of Lien to which this provision applies | **JP Morgan Chase Bank NA** | |
|---|---|---|
| Address of Principal Residence | 3111 Longhorn Circle, Manvel, TX 77578, . | |
| Debtor's Stated Value of Principal Residence | **$548,600.00** | |
| Description of all Liens Senior in Priority (List Holder and Priority) | Estimated Amount Owed on This Lien | |
| **JP Morgan Chase c/o Select Portfolio Servicing** | **$715,551.53** | |
| | | |
| Total Owed-- All Senior Liens | **$715,551.53** | |

This paragraph 4C will only be effective if the debtor(s) do each of the following:

- Mail a "Lien Stripping Notice", in the form set forth on the Court's website, to the holder of the lien that is governed by this paragraph 4C. The Lien Stripping Notice must be mailed in a separate envelope from any other document.

- File a certificate of service reflecting that the Lien Stripping Notice was mailed by both certified mail, return receipt requested and by regular US mail to the holder of the lien at all of the following addresses, with the mailings occurring not later than 30 days prior to the hearing on this plan:

  - The address for notices shown on any proof of claim filed by the holder.

  - Any attorney representing the holder who has filed a request for notice in this bankruptcy case.

  - If no address for notices is given on a proof of claim filed by the holder, on the last known address of the holder.

## CERTIFICATE OF SERVICE

On **08/21/2024**, a copy of this notice was sent by certified mail, return receipt requested where indicated, and by regular US mail to each of the following:

US Trustee
515 Rusk, #3516
Houston, TX 77002

Tiffany Castro
Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, Texas 77024

Robinson, Jennifer Louise
3111 Longhorn Circle
Manvel, TX 77578

Deutsche Bank National Trust Co
as Trustee for Long Beach Mortgage Loan Trust
700 Kansas Lane, MC 800
Monroe, LA 71203-4774

***Via First Class Mail and Certified Mail, return receipt requested
9589 0710 5270 1291 1395 20***

Select Portfolio Servicing as servicer for Deutsche Bank
c/o Michael Zientz
Parkway Office Center, Ste 900
14160 Dallas Pkwy
Dallas, TX 75254

***Via First Class Mail and Certified Mail, return receipt requested
9589 0710 5270 1291 1395 37***

Date:   August 21, 2024

/s/ Eric Southward
Eric Southward
S. Dist. Tx. No. 777564
Attorney for Debtor
Busby & Southward
715 E Whitney St
Houston, TX 77022
Phone: (713) 974-8099
Fax: (713) 974-1181